518 A.2d 543

**Shirley XANTHOPOULOS, Petitioner,**

v.

**James XANTHOPOULOS, Respondent.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1985.

Decided Dec. 10, 1986.

## ORDER

PER CURIAM.

AND NOW, this 10th day of December, 1986, the Petition for Allowance of Appeal is granted. This case is hereby remanded to the Superior Court with instructions to treat the appeal as one from the Decree in Divorce of the same date.